IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABEL GARCIA,

        Petitioner,

  v.

WARDEN,

        Respondent.

No. C 20-4169 WHA (PR)

**ORDER OF DISMISSAL**

The clerk opened this case on June 24, 2020, based upon a letter from petitioner, a California prisoner, complaining about his confinement. The same day, the clerk notified petitioner that in order to proceed with his case, he must file a petition and either pay the filing fee or file an application to proceed in forma pauperis ("IFP") within 28 days. Along with the notices, the clerk mailed him a form habeas petition and IFP application, instructions for completing these forms, and stamped return envelopes. The notices cautioned petitioner that he must return the completed forms within 28 days or the case would be dismissed. No response has been received. Accordingly, the case is **DISMISSED** without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: November 17, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE